# ELECTRONIC RECORD

657-15

COA # 02-14-00148-CR          OFFENSE: OTHER CRIMINAL

STYLE: Jamie Lee Ford v. The State of Texas          COUNTY: Parker

COA DISPOSITION: AFFIRM          TRIAL COURT: 43rd District Court

DATE: 04/23/2015          Publish: YES     TC CASE #: CR12-0559

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jamie Lee Ford v. The State of Texas          CCA #: 657-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _10/14/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD